```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 12131
    KAZIMIERZ LECH
                                                 CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-5868


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/13/08 and confirmed on 09/29/08.

    2.  The case was converted to Chapter 7 after confirmation, 02/04/2009.

    3.  The Debtor paid a total of $   4812.01 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME LOAN SERVICES INC | CURRENT MORTG | .00 | .00 | .00 |
| HOME LOAN SERVICES INC | MORTGAGE ARRE | 3146.31 | .00 | 3146.31 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| THE BUREAUS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME EQUITY | MORTGAGE ARRE | 6800.74 | .00 | 1410.67 |

```
            Summary of disbursements:
```

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9947.05 | .00 | .00 | .00 | 9947.05 |
| PRINCIPAL PAID | 4556.98 | .00 | .00 | .00 | 4556.98 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4556.98 | .00 | .00 | .00 | 4556.98 |

```
The Debtor's attorney, L VITO LAZZARA                 , was allowed $       .00
and was paid $       .00 .

The Trustee received $     255.03 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/13/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 12131 KAZIMIERZ LECH
```